```
                 IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON
```

THOMAS WOFFORD,

                                                                         Civil No. 07-192-BR

       Plaintiff,

                                                                          ORDER

    v.

MAX WILLIAMS, et al.,

       Defendants.

BROWN, Judge.

    IT IS ORDERED that the Parties' Joint Motion to Dismiss (#72) is GRANTED, and this action is DISMISSED, WITH PREJUDICE.

    IT IS SO ORDERED.

    DATED this <u>17th</u> day of October, 2008.

                                          /s/ Anna J. Brown
                                          ANNA J. BROWN
                                          United States District Judge

1 - ORDER -